FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0204

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0204

_____

MARK JOHNSON and MOLLY JOHNSON,
Husband and wife, individually and on behalf of all
others similarly situated,

     Plaintiffs and Appellants,

  v.                                         O R D E R

STATE FARM MUTUAL AUTOMOBILE INS.
CO. and STATE FARM FIRE AND CASUALTY
CO.,

     Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Dan Wilson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 16 2024